UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN WALKER, | 1:05-cv-00934-OWW-SMS-HC |
| Petitioner, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 8) |
| v. | |
| C.M. HARRISON, WARDEN, | **ORDER DISMISSING CERTAIN CLAIMS** |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

On September 7, 2005, the Magistrate Judge filed Findings and Recommendations that Grounds Seven and Eleven be DISMISSED for failure to state a cognizable federal claim. These Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within thirty (30) days from the date of service of that order. To date, the parties have not filed objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that

1

the Magistrate Judge's Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed September 7, 2005, are ADOPTED IN FULL;

2. Grounds Seven and Eleven are DISMISSED for failure to state a cognizable federal claim; and

3. The matter is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:   October 31, 2005**          /s/ Oliver W. Wanger
emm0d6                                  UNITED STATES DISTRICT JUDGE

2