UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SHAWN WALKER, | ) | 1:05-CV-00934-OWW-SMS-HC |
|     Petitioner, | )<br>) | |
|     v. | )<br>) | ORDER GRANTING EXTENSION OF<br>TIME TO FILE OBJECTIONS<br>(DOCUMENT #16) |
| C. M. HARRISON, WARDEN, | )<br>) | |
|     Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On March 13, 2006, petitioner filed a motion to extend time to file objections to the Magistrate's findings and recommendations regarding respondent's motion to dismiss. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections to the Magistrate's findings and recommendations of February 28, 2006.

IT IS SO ORDERED.

**Dated:   April 5, 2006**          **/s/ Sandra M. Snyder**
ah0l4d                              UNITED STATES MAGISTRATE JUDGE