```
                                    FILED
                              JUDGMENT ENTERED
                            _____Oct. 12, 2006_____
                                        Date
                         by _____G. Lucas_____
                                     Deputy Clerk
                                 U.S. District Court
                              Eastern District of California
                              __XX___  FILE CLOSED
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SHAWN WALKER,

**JUDGMENT IN A CIVIL ACTION**

vs.

1:05-CV-934 OWW/SMS HC

C. M. HARRISON, Warden,

_____/

The Findings and Recommendations issued by the Magistrate Judge on February 28, 2006, are hereby adopted in full, and

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice.

DATED: October 12, 2006

VICTORIA C. MINOR, Clerk

By: /s/ GREG LUCAS
    Deputy Clerk