

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SHAWN WALKER,

vs.

C.M. HARRISON,

_____/

**ORDER RE: CERTIFICATE OF APPEALABILITY**

CV-F-05-934 OWW/SMS HC

Judgment having been entered in this matter, any request for a Certificate of Appealability shall be:

_____    Granted for the following reason:

_____

_____

_____

_____


  X       Denied for the following reason:

TIME BARRED PETITION — INCREDIBLE ASSERTION BY PETITIONER TO AVOID UNJUSTIFIED DELAY. NO ISSUE DEBATEABLE AMONG JURISTS of REASON.

Dated: 11-2-06

OLIVER W. WANGER
United States District Judge